UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-cv-60277-ROSENBERG/HOPKINS

POPLAR OAKS, INC.,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 66.176.254.3,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe [DE 11]. The Court has carefully reviewed the Notice of Settlement and Voluntary Dismissal and the entire court file, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. This action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

3. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in chambers, West Palm Beach, Florida, this 6th day of April, 2015.

                                                                       _____
Copies furnished to:                                      ROBIN L. ROSENBERG
Counsel of Record                                     UNITED STATES DISTRICT JUDGE